**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:                                                    Case # 19-21621-GLT

SCOTT A. MARX                                   Chapter 13

DEBTOR.


<u>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**</u>

PLEASE TAKE NOTICE that, pursuant to Rule 9010 of the Bankruptcy Rules, the CITY OF PITTSBURGH AND SCHOOL DISTRICT OF PITTSBURGH, are creditors and hereby appear in this case.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rule 2002 of the Bankruptcy Rules, the undersigned requests that all notices and papers specified by that Rule, and all other notices given or required to be given in this case and all other papers served or required to be served in this case, be given to and served upon:


**Jeffrey R. Hunt, Esquire**
**GOEHRING, RUTTER & BOEHM**
**437 Grant Street, 14th Floor**
**Pittsburgh, PA 15219-6107**
**TEL: (412)281-0587**
**FAX: (412)281-6570**


The foregoing request includes without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery telephone, telegraph, telex or otherwise that (1) affects or seeks to affect in any way any rights or interest of any creditor or party in interest in the case, with respect to the (a) debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

**PLEASE TAKE FURTHER NOTICE that the CITY OF PITTSBURGH AND SCHOOL DISTRICT OF PITTSBURGH intend that neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive (1) their right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (2) any other rights, claims, actions, defenses, setoffs, or recoupments to which either or both may be entitled under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses setoff, and recoupments are expressly reserved.**

**GOEHRING, RUTTER & BOEHM,**

**Dated: 7/22/2019**

**/s/ Jeffrey R. Hunt**

**Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
(412)281-0587
Attorney for Movant
jhunt@grblaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

**IN RE:**                                                        **Case # 19-21621-GLT**

**SCOTT A. MARX**                                    **Chapter 13**

**DEBTOR.**

## DECLARATION IN LIEU OF AFFIDAVIT

      **I certify that this request supersedes any prior request for Notice by these creditors, that there is no other request to receive Notices for the specified creditor, and that I am authorized to make this request for Notices on behalf of the named creditors.**

      **GOEHRING, RUTTER & BOEHM,**

      **/s/ Jeffrey R. Hunt**

      **Jeffrey R. Hunt, Esquire
Pa. I.D. #90342
437 Grant Street, 14th Floor
Pittsburgh, PA 15219-6107
(412)281-0587
Attorney for Movant
jhunt@grblaw.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:                                            Case # 19-21621-GLT

SCOTT A. MARX                                     Chapter 13

DEBTOR.


**CERTIFICATE OF MAILING OF NOTICE OR OTHER DOCUMENT TO**
**PARTIES IN INTEREST**

**Bryan P. Keenan, Esquire**
**993 Greentree Road**
**Suite 101**
**Pittsburgh, PA 15220**

**Office of the United States Trustee**
**Suite 970, Liberty Center**
**1001 Liberty Avenue**
**Pittsburgh, PA 15222**

**Ronda J. Winnecour, Esq.**
**Suite 3250, USX Tower**
**600 Grant Street**
**Pittsburgh, PA 15219**


**GOEHRING, RUTTER & BOEHM,**

**/s/ Jeffrey R. Hunt**

**Jeffrey R. Hunt, Esquire**
**Pa. I.D. #90342**
**437 Grant Street, 14th Floor**
**Pittsburgh, PA 15219-6107**
**(412)281-0587**
**Attorney for Movant**
**jhunt@grblaw.com**