**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| SCOTT A. MARX | Case No. 19-21621GLT |
| Debtor(s) | |
| RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | Chapter 13 |
| Movant | Document No __ |
| vs. | |
| PEOPLES CREDIT CO*++ | |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

THE CREDITOR'S ADDRESS IS DEFUNCT. NO PROOF OF CLAIM WAS FILED.  NO CHANGE OF ADDRESS HAS BEEN RECEIVED.

| | |
|---|---|
| PEOPLES CREDIT CO*++ | Court claim# /Trustee CID# 4 |
| 4950 NE 148TH AVE | |
| PORTLAND, OR 97230 | |

The Movant further certifies that on 12/20/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour |
| | RONDA J WINNECOUR PA ID #30399 |
| | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| cc: debtor(s) | SUITE 3250 US STEEL TWR |
|     original creditor | PITTSBURGH, PA  15219 |
|     putative creditor | (412) 471-5566 |
|     counsel for debtor(s) | cmecf@chapter13trusteewdpa.com |
|     counsel for the creditor(s) (if known) | |

| DEBTOR(S):<br>SCOTT A. MARX, 711 GALLION AVENUE, PITTSBURGH, PA  15226 | DEBTOR'S COUNSEL:<br>BRYAN P KEENAN ESQ, BRYAN P KEENAN & ASSOC PC, 993 GREENTREE RD STE 101, PITTSBURGH, PA  15220 |
|---|---|
| ORIGINAL CREDITOR:<br>PEOPLES CREDIT CO*++, 4950 NE 148TH AVE, PORTLAND, OR  97230 | :<br>PEOPLES CREDIT CO, 532 N MAIN AVE STE B, GRESHAM, OR  97030-7244 |
| NEW CREDITOR: | |