# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-21621-GLT** |
| **Scott A. Marx** | ) | **Chapter 13** |
| **Debtor** | ) | **Doc No.** |
| **Scott A. Marx** | ) | **Response: January 3, 2020** |
| **Movant** | ) | **Hearing: January 15, 2020** |
| v. | ) | **At 10:30 a.m.** |
| **No Respondent** | ) | |

## CERTIFICATION OF NO OBJECTION

The undersigned hereby certifies, as of the date hereof, no motion, answer or other responsive pleading to the Motion filed on December 17, 2019 has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no motion, answer or other responsive pleading appears thereon. Pursuant to the Hearing Notice, a motion or answer to the Motion were to be filed and served no later than January 3, 2020**.**

It is hereby respectfully requested that the Order to the Motion be entered by the Court.

**Executed on: January 6, 2020**         **/s/Bryan P. Keenan**
                                          Bryan P. Keenan, PA ID No. 89053
                                          Bryan P. Keenan & Associates P.C.
                                          Attorney for Debtor
                                          993 Greentree Road, Suite 101
                                          Pittsburgh, PA 15220
                                          (412) 922-5116
                                          keenan662@gmail.com