# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-21621-GLT |
| **Scott A. Marx** | ) | Chapter 13 |
| Debtor | ) | Doc No. |
| **Scott A. Marx** | ) | Response: January 3, 2020 |
| Movant | ) | Hearing: January 15, 2020 |
| v. | ) | At 10:30 a.m. |
| No Respondent | ) | |

## CERTIFICATE OF SERVICE OF ORDER ON
## MOTION TO APPROVE POST PETITION VEHICLE FINANCING

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 8, 2020.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail, facsimile, and electronic notification.**

**1.) Service by Electronic Notification** --
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
c. **Duquesne Light Company**, c/o Bernstein Law Firm, Attn: Peter J. Ashcroft, Esquire, Bernstein Law Firm, at pashcroft@bernsteinlaw.com
d. S. James Wallace on behalf of Creditor **Peoples Natural Gas Company, LLC**
sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

e. **Allegheny County; Borough of West View; North Hills School District**
**c/o** Goehring, Rutter & Boehm Attn: Jeff Hunt, Esquire at jhunt@grblaw.com; Attn: **Derek K. Koget**, Esquire at dkoget@grblaw.com

**2.)** **Service by First Class Mail--**
a. all parties on the attached mailing matrix


Executed on: **January 8, 2020**           /s/Bryan P. Keenan
                                            Bryan  P. Keenan, PA ID No. 89053
                                            Bryan  P. Keenan  & Associates P.C.
                                            Attorney for Debtor
                                            993 Greentree Road, Suite 101
                                            Pittsburgh, PA 15220
                                            (412) 922-5116
                                            keenan662@gmail.com