# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-21621-GLT |
| **Scott A. Marx** | ) | Chapter  13 |
| **Debtor** | ) | Doc No. |
| Scott A. Marx | ) | |
| **Movant** | ) | |
| v. | ) | |
| **No Respondent** | ) | |

**REPORT TO THE COURT RE
ORDER APPROVING THE DEBTOR'S MOTION
TO SECURE POST PETITION VEHICLE FINANCING**

NOW COMES the Debtor, Scott A. Marx, by and through his attorneys, Bryan P. Keenan & Associates P.C. and Bryan P. Keenan, Esquire and files the within REPORT TO THE COURT and in support thereof avers the following:

1.  The debtors elected to purchase a 2012 Ford Escape, and financed it in the amount of $7,434.75.

2.  The debtors monthly payment for the 2012 Ford Escape is $352.17.

3.  Debtors Counsel received the Retail Installment Contract on January 30, 2020.

4.  An amended plan has been filed to add the new creditor American Credit Acceptance, LLC.

**WHEREFORE**, the Debtors, Scott A. Marx, so reports.

Dated: February 4, 2020            /s/ Bryan P. Keenan
                                   Bryan P. Keenan, Esquire, PA ID No. 89053
                                   Bryan P. Keenan & Associates, P.C.
                                   Attorney for Debtors
                                   993 Greentree Road, Suite 101
                                   Pittsburgh, PA 15220

(412) 922-5116
keenan662@gmail.com