# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-21621-GLT** |
| **Scott A. Marx** | ) | **Chapter 13** |
| **Debtor** | ) | **Doc No.** |
| **Scott A. Marx** | ) | |
| **Movant** | ) | |
| v. | ) | |
| **No Respondent** | ) | |

**AMENDED REPORT TO THE COURT RE**
**ORDER APPROVING THE DEBTOR'S MOTION**
**TO SECURE POST PETITION VEHICLE FINANCING**

   NOW COMES the Debtor, Scott A. Marx, by and through his attorneys, Bryan P. Keenan & Associates P.C. and Bryan P. Keenan, Esquire and files the within REPORT TO THE COURT and in support thereof avers the following:

   1.   The debtors elected to purchase a 2012 Ford Escape, and financed it in the amount of $12,638.94.

   2.   The debtors monthly payment for the 2012 Ford Escape is $352.17.

   3.   Debtors Counsel received the Retail Installment Contract on January 30, 2020.

   4.   An amended plan has been filed to add the new creditor American Credit Acceptance, LLC.

   **WHEREFORE**, the Debtors, Scott A. Marx, so reports.

Dated: February 4, 2020           /s/ Bryan P. Keenan
                                  Bryan P. Keenan, Esquire, PA ID No. 89053
                                  Bryan P. Keenan & Associates, P.C.
                                  Attorney for Debtors
                                  993 Greentree Road, Suite 101
                                  Pittsburgh, PA 15220

(412) 922-5116
keenan662@gmail.com