# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | | **Bankruptcy No. 19-21621-GLT** |
| **Scott A. Marx** ) | | **Chapter 13** |
| Debtor ) | | Doc No. |
| **Scott A. Marx** ) | | |
| Movant ) | | |
| v. ) | | |
| **Credit Acceptance** ) | | |
| Respondent | | |

## CERTIFICATE OF SERVICE FOR DEBTORS COVER SHEET, AMENDED SCHEDULE D, CHAPTER 13 MOC NOTICE, AND ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **February 10, 2020.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
a. **Loancare PO Box 8068 Virginia Beach, VA 23450**

Executed on: **February 10, 2020**          **/s/ Bryan P. Keenan**
Bryan P. Keenan, PA ID No. 89053
Bryan P. Keenan & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com