# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-21621-GLT** |
| **Scott A. Marx** | ) | **Chapter 13** |
| **Debtor** | ) | **Doc No.** |
| **Scott A. Marx** | ) | |
| **Movant** | ) | |
| v. | ) | |
| **No Respondent** | ) | |

**AMENDED REPORT TO THE COURT RE
ORDER APPROVING THE DEBTOR'S MOTION
TO SECURE POST PETITION VEHICLE FINANCING**

NOW COMES the Debtor, Scott A. Marx, by and through his attorneys, Bryan P. Keenan & Associates P.C. and Bryan P. Keenan, Esquire and files the within REPORT TO THE COURT and in support thereof avers the following:

1. The debtors elected to purchase a 2012 Ford Escape, and financed it in the amount of $12,638.94.

2. The debtors monthly payment for the 2012 Ford Escape is $352.17.

3. Debtors Counsel received the Retail Installment Contract on January 30, 2020.

4. An amended plan has been filed to add the new creditor Credit Acceptance Corporation.

**WHEREFORE**, the Debtors, Scott A. Marx, so reports.

Dated: February 20, 2020        /s/ Bryan P. Keenan
                                Bryan P. Keenan, Esquire, PA ID No. 89053
                                Bryan P. Keenan & Associates, P.C.
                                Attorney for Debtors
                                993 Greentree Road, Suite 101
                                Pittsburgh, PA 15220

(412) 922-5116
keenan662@gmail.com