Form RSC2 (Reschedule Conciliation/COD)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Scott A. Marx**
   Debtor(s)

Bankruptcy Case No.: 19−21621−GLT
Chapter: 13

## ORDER

    The conciliation or certificate of default to dismiss case hearing currently scheduled for **March 26, 2020**, is postponed until further notice. Once a new date and time are chosen for the rescheduled hearing, a Notice will be issued. Please contact the Chapter 13 Trustee, Ronda J. Winnecour at Meetings@chapter13trusteewdpa.com with questions or concerns.

Dated: March 20, 2020

cm: Debtor(s) and/or Debtor(s)' counsel

Gregory L. Taddonio, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Scott A. Marx  
   Debtor

Case No. 19-21621-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: llea          Page 1 of 2          Date Rcvd: Mar 20, 2020
                              Form ID: RSCcon     Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.
```
db             +Scott A. Marx,    711 Gallion Avenue,    Pittsburgh, PA 15226-1630
cr             +City of Pittsburgh & School District of Pittsburgh,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                 UNITED STATES OF AMERICA 15219-6101
cr             +Planet Home Lending, LLC.,    321 Research Parkway, Suite 303,    Meriden, CT 06450-8342
15037436       +Anthony Palandro,    1324 Beechview Avenue,    Pittsburgh, PA 15216-3344
15037439       +City of Pittsbugh/SD of Pittsburgh,    c/o Jordan Tax Service, Inc.,    102 Rahway Road,
                 Canonsburg, PA 15317-3349
15092424       +City of Pittsburgh & School Dist. of Pittsburgh,    Goehring Rutter & Boehm,
                 c/o Jeffery R. Hunt, Esq.,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh PA 15219-6101
15195399       +Credit Acceptance,    PO Box 551888,    Detroit, MI 48255-1888
15037442       +Duqesne Light,    Payment Processing Center,    P.O. Box 10,    Pittsburgh, PA 15267-0001
15037444        Florida Department of Education,    Office of Student,    PO Box 7019,
                 Tallahassee, FL 32314-7019
15037445       +KML Law Group P.C.,    c/o Scott A Marx, Esquire,    Suite-5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
15037446       +McElrath Legal Holdings, LLC,    1641 Saw Mill Run Blvd.,    Pittsburgh, PA 15210-3433
15037447       +Mr. Cooper,    Attn: Customer Relations,    PO Box 619098,    Dallas, TX 75261-9098
15037448      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
15037449       +PA Department of Labor & Industry,    PO Box 28405,    Harrisburg, PA 17128-0001
15037451       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15037452       +Pittsburgh Ameican Water,    PO Box 578,    Alton, IL 62002-0578
15037453       +Pittsburgh Water & Sewer Authority,    1200 Penn Ave. #100,    Pittsburgh, PA 15222-4216
15091546       +Pittsburgh Water and Sewer Authority,    Goehring Rutter & Boehm,    c/o Jeffery R. Hunt, Esq.,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15037456       +Thompson Law Group,    125 Warrendale-Bayne Road,    Suite 200,    Warrendale, PA 15086-6504
15142727       +Wilmington Trust, National Association, et al.,    c/o Planet Home Lending LLC,
                 321 Research Parkway,    Suite 303,    Meriden, CT 06450-8342
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15059154       +E-mail/Text: csc.bankruptcy@amwater.com Mar 21 2020 04:26:18      American Water,
                 c/o Pennsylvania American Water,    PO Box 578,    Alton, IL 62002-0578
15037437       +E-mail/Text: bnc@atlasacq.com Mar 21 2020 04:22:57      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
15037438       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 21 2020 04:19:27      Capital 1 Bank,
                 Attn: Bankruptcy Dept.,    PO Box 30285,    Salt Lake City, UT 84130-0285
15037440       +E-mail/PDF: creditonebknotifications@resurgent.com Mar 21 2020 04:18:16      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
15037441       +E-mail/Text: bankruptcynotices@dcicollect.com Mar 21 2020 04:25:40
                 Diversified Consultants, Inc.,    Re: Dish Network,    Po Box 551268,
                 Jacksonville, FL 32255-1268
15037443       +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:25:56      Duquense Light,
                 Bernstien Law Firm,    411 7th Avenue,    Maildrop 7-3,    Pittsburgh, PA 15219-1919
15077415       +E-mail/Text: kburkley@bernsteinlaw.com Mar 21 2020 04:25:56      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15045146        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 21 2020 04:17:36      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15037450        E-mail/Text: lizb@peoplescredit.com Mar 21 2020 04:22:45      Peoples Credit Co.,
                 4950 NE 148th Street,    Portland, OR 97230
15077849        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:19:52
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15037454       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 21 2020 04:19:46
                 Portfolio Recovery Associates,    Re: Capital One,    PO Box 4115,    Concord, CA 94524-4115
15037455        E-mail/Text: appebnmailbox@sprint.com Mar 21 2020 04:24:23      Sprint Corp,
                 Attn: Bankruptcy Dept.,    PO Box 7949,    Overland Park, KS 66207
15037457       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Mar 21 2020 04:22:36
                 Verizon,    Verizon Wireless Bankruptcy Admin,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
15074241        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2020 04:35:21      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 14
```

```
District/off: 0315-2           User: llea                  Page 2 of 2                  Date Rcvd: Mar 20, 2020
                               Form ID: RSCcon             Total Noticed: 35


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC d/b/a Mr. Cooper
cr*            +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15075845*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    d/b/a Mr. Cooper,    P.O. Box 619096,
                 Dallas, TX 75261-9741)
                                                                                        TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
```
              Bryan P. Keenan    on behalf of Debtor Scott A. Marx keenan662@gmail.com,  melindap662@gmail.com
              James Warmbrodt     on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh & School District of Pittsburgh
               jhunt@grblaw.com,  cnoroski@grblaw.com
              Karina Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```