**Form 107–C**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CASE NAME: Scott A. Marx

CASE NUMBER: 19–21621–GLT

RELATED TO DOCUMENT NO:

**NOTICE REGARDING
NONCONFORMING DOCUMENT**

The Notice of Mortgage Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

The Notice of Mortgage Payment Change was not flattened; please refer to the attorney online manual on the Court's website for further guidance.

The Notice of Mortgage Payment Change will not be acted upon as there is no claim filed for this creditor.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change that is filed in response to this Notice.**

Dated this The 14th of May, 2020

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 19-21621-GLT
Scott A. Marx                                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1                Date Rcvd: May 14, 2020
                              Form ID: 107c           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
15142727        +Wilmington Trust, National Association, et al.,   c/o Planet Home Lending LLC,
                 321 Research Parkway,   Suite 303,   Meriden, CT 06450-8342

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              Bryan P. Keenan    on behalf of Debtor Scott A. Marx keenan662@gmail.com,  melindap662@gmail.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh & School District of Pittsburgh
               jhunt@grblaw.com,  cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Kaitlin  Shire    on behalf of Creditor    Planet Home Lending, LLC. kshire@hillwallack.com,
               skenny@HillWallack.com;jrydzewski@HillWallack.com
              Karina  Velter    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10