FILED
7/1/20 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: SCOTT A. MARX
- Case Number: 19-21621-GLT
- Chapter: 13
- Date / Time / Room: THURSDAY, JUNE 25, 2020 09:00 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#88 - Amended Plan Dated 2/18/2020 (FC)
R / M #: 88 / 0

**Appearances:**

- Debtor: Keenan
- Trustee: Winnecour / Pail / Katz / *DeSimone* (circled)
- Creditor: Wallace : Peoples Gas

PLEASE SUBMIT CONFIRMATION ORDER

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

3-41 meeting is closed

6/17/2020  11:15:26AM