**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 19-21621-GLT** |
| **Scott A. Marx** | ) | **Chapter 13** |
|     **Debtor** | ) | **Doc No. ____** |
| **Scott A. Marx** | ) | |
|     **Applicant** | ) | **Response due: 3/1/2021** |
| vs | ) | **Hearing Date: March 10, 2021** |
| | ) | **At 10:00 a.m.** |
|     **No Respondent** | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATON TO EMPLOY SPECIAL COUNSEL**
**NUNC PRO TUNC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **February 12, 2021** has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **March 1, 2021**

It is hereby respectfully requested that the Order to the Application be entered by the court.

**Date: March 2, 2021**                          **/s/ Bryan P. Keenan**
                                                  Bryan P. Keenan, PA ID No. 89053
                                                  Bryan P. Keenan & Associates P.C.
                                                  Attorney for Debtor
                                                  993 Greentree Road, Suite 101
                                                  Pittsburgh, PA 15220
                                                  (412) 922-5116
                                                  keenan662@gmail.com