## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-21621-GLT |
| Scott A. Marx | ) | Chapter 13 |
|     Debtor | ) | Doc No. ____ |
| Scott A. Marx | ) | |
|     Applicant | ) | Response due: 3/1/2021 |
| vs | ) | Hearing Date: March 10, 2021 |
| | ) | At 10:00 a.m. |
|     No Respondent | ) | |

### DEBTOR'S AFFIDAVIT
### RE HIS FAILURE TO DISLOSE
### HIS AMERICAN WITH DISABILITIES ACT AND
### PENNSYLVANIA HUMAN RELATIONS ACT CLAIMS

**To the Honorable: Gregory L. Taddonio**

1. On or around August 2018 I had a stroke and a seizure, which required me to be hospitalized.

2. As a result of the seizure my drivers license was revoked and my employment was terminated.

3. At that time my employment was terminated I was told by my employer that they intended to rehire me.

4. This turned out not to be the case and they refused to rehire me.

5. On November 26, 2018, prior to the filing of this case, I had entered into a Contingent Fee Agreement with Michael Groh, Esquire and the law firm of Murphy Law Group, LLC in connection with the American with Disabilities Act and Pennsylvania Human Relations Act claims.

6. After I hired the law firm I had did not have any contact with them in connection this case.

7. On April 22, 2019 I had filed this case on an emergency basis to prevent a Sheriff sale of my home.

8. On the eve of this case being filed a I had just secured employment, which provided me with the means to fund this plan.

9. My sole focus at this time was to have my drivers license reinstated, return to work and fund a Chapter 13 Plan to save my home.

10. At the time this case was filed I had forgotten about this pending lawsuit due to the overwhelming set of circumstances that I faced.

11. At the end of January 2021 I received a call from Michael Groh, Esquire and the law firm of Murphy Law Group, LLC.

12. Having been reminded of this pending claim I immediately called my lawyer to inform him that I had forgotten to disclose these claims.

13. At no point in time did I intend to hide this from the court.

14. The moment this matter was brought to my attention I notified my Bryan P. Keenan, Esquire accordingly on my own accord.

15. It was at this point in time the Bryan P. Keenan, Esquire reached out to Special Counsel to inform him of this pending case.

16. I apologize to this court and pray that under these set of circumstances that the court is sympathetic to the state of mind that I was under at the time this case was filing, which led to my failure to disclose these claims.

I Scott Marx, have examined this Affidavit, and I declare under the penalty of perjury that the information provided herein is true and correct.

I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000.00, or imprisonment for up to 20 years, or both. 18 U.S.C. 152, 1341, 1519 and 3571.

Respectfully,

Date: **March 5, 2021**         **/s/ Scott Marx**
Scott Marx
711 Gallion Avenue
Pittsburgh, PA 15226