# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | | **Bankruptcy No. 19-21621-GLT** |
| **Scott A. Marx** ) | | **Chapter 13** |
|     **Debtor** ) | | **Doc No. ____** |
| **Scott A. Marx** ) | | |
|     **Applicant** ) | | Response due: 9/10/2021 |
| **vs** ) | | Hearing Date: 9/22/2021 |
| **Ronda J. Winnecour, Chapter 13 Trustee** ) | | at 10:30 a.m. |
|     **Respondent** ) | | |

## CERTIFICATION OF NO OBJECTION ON
## DEBTOR'S MOTION APPROVE SETTLEMENT AND ATTORNEY FEES

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **August 24, 2021** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **September 10, 2021.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: September 14, 2021**              **/s/Bryan P. Keenan**
                                                        **Bryan P. Keenan, PA ID No. 89053**
                                                        **Bryan P. Keenan & Associates P.C.**
                                                        **Attorney for Debtor**
                                                        **993 Greentree Road, Suite 101**
                                                        **Pittsburgh, PA 15220**
                                                        **(412) 922-5116**
                                                        **keenan662@gmail.com**