Case 19-21621-GLT    Doc 130    Filed 09/23/21    Entered 09/23/21 14:33:13    Desc Main
Document    Page 1 of 1

FILED
9/23/21 2:31 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-21621-GLT |
| | : | Chapter: | 13 |
| Scott A. Marx | : | | |
| | : | | |
| | : | Date: | 9/22/2021 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:** #126 - Motion to Approve Settlement and Attorney Fees of Special Counsel, Michael Groh, Esq.
[Response due 9-10-2021]

**APPEARANCES:**
Debtor:         Bryan P. Keenan
Special Counsel: Michael Groh
Trustee:        Owen Katz
Creditor:

**NOTES: [10:22am]**

Court's preference is to wait until time for objections to the amended exemptions to have passed. Court will reassess on Friday.

Court approves settlement provided that there is no timely objection to the exemptions filed on August 24, 2021.

"Hold and monitor" for objections

**OUTCOME:**

1. The *Motion to Approve Settlement and Attorney Fees* [Dkt. No. 126] is GRANTED. [JH to Issue proposed order at Dkt. No. 126 if there are no timely objections to the amended exemptions by September 23, 2021].

**DATED:** 9/22/2021