FILED
9/23/21 2:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: ) | Bankruptcy No. 19-21621-GLT |
| Scott A. Marx ) | Chapter 13 |
|    Debtor ) | |
| Scott A. Marx ) | Related to Dkt. No. 126 |
|    Applicant ) | Response due: 9/10/2021 |
| vs ) | Hearing Date: 9/22/2021 |
| Ronda J. Winnecour, Chapter 13 Trustee ) | at 10:30 a.m. |
|    Respondent ) | |

## ORDER APPROVING SETTLEMENT AND ATTORNEY FEES

AND NOW, this 23rd day of September 2021, upon consideration of the Debtors/Movants' Motion to Approve Settlement Agreement and Attorney Fees, it is hereby ORDERED that the Debtors/Movants' Motion is granted.

The total settlement in the amount of $45,000.00 shall be payable as follows:

    a. $15,750.00 or thirty five percent (35%) to Special Counsel, Michael Groh, Esquire and the law firm of Murphy Law Group, LLC for fees;

    b. $461.00 of which $400.00 was for the filing fee and a $61.87 was a FedEx charge, to Special Counsel, Michael Groh, Esquire and the law firm of Murphy Law Group, LLC for costs advanced;

    c. The net proceeds of $28,788.13, payable to Scott A. Marx and Ronda J. Winnecour, Chapter 13 Trustee, as set forth below, on a 50/50 split between 1099 and W-2 income, representing non-economic compensatory damages and wage income, respectively, as follows:

        i) $12,925.00 shall be paid to Scott Marx in accordance with the exemption he is entitled to under 11 U.S.C. § 522(d)(5);

ii) $8,039.09 shall be withheld for income and payroll taxes, representing the following withholding rates and amounts:

- 20% federal income tax withholding ($5,757.63);
- 3.07% PA state income tax withholding ($883.80);
- 1.00% local income tax withholding ($287.88);
- 6.20% social security withholding ($892.43);
- 1.45% Medicare withholding ($208.71);
- 0.06% SUI ($8.64)

iii) $7,824.04, representing the remainder of the Net Proceeds, shall be paid to "Ronda J. Winnecour, Chapter 13 Trustee, which shall be used for payment of timely filed, allowed unsecured non priority claims.

**IT IS FURTHER ORDERED** that if the Debtor receives a tax refund due to the overpayment of taxes, then the Debtor shall pay these funds over to the Chapter 13 Trustee to be used for payment of timely filed, allowed unsecured non priority claims.

By the Court

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21621-GLT |
| Scott A. Marx | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 1 of 2 |
| Date Rcvd: Sep 23, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Marx, 711 Gallion Avenue, Pittsburgh, PA 15226-1630 |
| sp | + | Michael Groh, Esq., Murphy Law Group, LLC, Eight Penn Center, Suite 2000, 1628 John F. Kennedy Blvd. Philadelphia, PA 19103-2111 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2021                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Bryan P. Keenan | |
| | on behalf of Debtor Scott A. Marx keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com |
| Kaitlin Shire | |
| | on behalf of Creditor Planet Home Lending  LLC. kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: bsil | Page 2 of 2 |
| Date Rcvd: Sep 23, 2021 | Form ID: pdf900 | Total Noticed: 2 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

TOTAL: 10