**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

11/01/2021

IN RE:

| | |
|---|---|
| SCOTT A. MARX<br>711 GALLION AVENUE<br>PITTSBURGH, PA 15226<br>XXX-XX-2382        Debtor(s) | Case No.19-21621 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

11/1/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | CRED DESC / Account |
|---|---|---|
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **STEPHEN R FRANKS ESQ**<br>MANLEY DEAS KOCHALSKI LLC<br>PO BOX 165028<br>COLUMBUS, OH  43216-5028 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILMINGTON TRUST NA - TRUSTEE MFRA TRUST**<br>C/O PLANET HOME LENDING<br>321 RESEARCH PKWY<br>MERIDEN, CT  06450 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DKT4LMT*BGN 5/19*FR NATIONSTAR-DOC 51 | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 9986 |
| **PEOPLES CREDIT CO*++**<br>4950 NE 148TH AVE<br>PORTLAND, OR  97230 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number:<br>CLAIM: 3,000.00<br>COMMENT: $@6%/PL*910CLM/PL*NTC-RSV*DK!! | CRED DESC: VEHICLE<br>ACCOUNT NO.: |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>1200 PENN AVENUE<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 5   INT %: 10.00%<br>Court Claim Number: 10<br>CLAIM: 2,634.98<br>COMMENT: 062-S-200;THRU 4/10/19*$/CL-PL@10%/PL*WNTS 10% | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: S200 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PITTSBURGH SD & CITY OF PITTSBURGH (EIT)***<br>C/O JORDAN TAX SERVICE INC- DLNQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA  15317 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 501.60<br>COMMENT: 2382;17,18*$/CL-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2382 |
| **ANTHONY C PALANDRO**<br>1324 BEECHVIEW AVE<br>PITTSBURGH, PA  15216 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ATLAS ACQUISITIONS LLC**<br>492C CEDAR LN STE 442<br>TEANECK, NJ  07666 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0654 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC  29603-0587 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 469.41<br>COMMENT: MHC/FNBM/CREDIT ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0142 |
| **DIVERSIFIED CONSULTANTS++**<br>POB 551268<br>JACKSONVILLE, FL  32255 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DISH NETWORK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9026 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 3,014.89<br>COMMENT: 1630/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9667 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ASCENDIUM EDUCATION SOLUTIONS INC O/B/C**<br>PO BOX 8962<br>MADISON, WI  53708 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 1-2<br>CLAIM: 62,154.00<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2382 |
| **MCELRATH LEGAL HOLDINGS LLC**<br>1641 SAW MILL RUN BLVD<br>PITTSBURGH, PA  15210 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **OFFICE OF UC BENEFITS POLICY****<br>DEPARTMENT OF LABOR AND INDUSTRY - UC D<br>LABOR & INDUSTRY BLDG 10TH FL<br>651 BOAS ST<br>HARRISBURG, PA  17121 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~OVERPAYMENT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2382 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 8,315.64<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3934 |
| **AMERICAN WATER(*)**<br>PO BOX 371412<br>PITTSBURGH, PA  15250-7412 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 768.56<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5762 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 524.40<br>COMMENT: 2401/SCH*CAP ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5513 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SPRINT CORP(*)**<br>PO BOX 3326<br><br>ENGLEWOOD, CO 80155-3326 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **THOMPSON LAW GROUP PC**<br>125 WARRENDALE-BAYNE RD<br><br>WARRENDALE, PA 15086 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NO$/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:6 | CLAIM: 249.10<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **WILMINGTON TRUST NA - TRUSTEE MFRA TRUST**<br>C/O PLANET HOME LENDING<br>321 RESEARCH PKWY<br><br>MERIDEN, CT 06450 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:7 | CLAIM: 29,837.03<br>COMMENT: $/CL-PL*THRU 4/19*FR NATIONSTAR-DOC 51 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 9986 |
| **S JAMES WALLACE ESQ****<br>GRB LAW<br>437 GRANT ST 14TH FL<br><br>PITTSBURGH, PA 15219-6107 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NATIONSTAR~MR COOPER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:5 | CLAIM: 998.68<br>COMMENT: ACCT NT/SCH*LOAN BGN 5/7/18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PGH WTR AND SWR/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>FRICK BUILDING 14TH FL<br>437 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: PGH CITY AND SD/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br><br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:12 | CLAIM: 0.00<br>COMMENT: PMT/CL-PL*352.17x(51+2)=LMT*BGN 2/20*DK! | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 6693 |

| CLAIM RECORDS | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** <br> ATTN BANKRUPTCY DEPARTMENT <br> 375 NORTH SHORE DR <br><br> PITTSBURGH, PA  15212 | Trustee Claim Number:31  INT %:  0.00% <br> Court Claim Number: <br><br> CLAIM:  0.00 <br> COMMENT:  PMT/OE-PL-CONF*BGN 4/20 DIST | CRED DESC:  PRIORITY CREDITOR <br> ACCOUNT NO.:  3249 |

Case 19-21621-GLT    Doc 136    Filed 11/01/21    Entered 11/01/21 12:21:28    Desc
Page 6 of 6