FILED
9/30/22 9:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** ) | **Bankruptcy No. 19-21621-GLT** |
| **Scott A. Marx** ) | **Chapter 13** |
| Debtor ) | **Doc No.** |
| **Scott A. Marx** ) | |
| Movant ) | |
| v. ) | **Related to Doc. No. 146-147** |
| **Ronda J. Winnecour, Chapter 13 Trustee** ) | |
| Respondent ) | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒  a motion to dismiss case or certificate of default requesting dismissal

☐  a plan modification sought by: _____

☐  a motion to lift stay
   as to creditor  _____

☐  Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐  Chapter 13 Plan dated _____
☒  Amended Chapter 13 Plan dated: **November 15, 2021**

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒  Debtor(s) Plan payments shall be changed from $ _____ to

-1-

  $ _____ per _____, effective _____; and/or the Plan term shall be changed from ____ months to ____ months

- ☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ☐ Debtor(s) shall file and serve _____ on or before _____.

- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☐ Other:

  **The Debtor shall submit a lump sum payment in the amount of $10,000.00 on or before September 30, 2022 that he received as a gift from his mother to cure the arrears.**

  **This Order resolves the Trustee's COD filed on September 13, 2022 at Doc. No. 146.**

  **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

  **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this  30th Day of September  , 2022

_____
Chief Judge Gregory L. Taddonio
United States Bankruptcy Judge

Dated:  September 30, 2022

Stipulated by:                                                    Stipulated by:

/s/ Bryan P. Keenan                                      /s/ Jim Warmbrodt
Bryan P. Keenan                                           Jim Warmbrodt

Counsel to Debtor                                         Counsel to Chapter 13 Trustee

cc:   All Parties in Interest to be served by Clerk

-3-

United States Bankruptcy Court

Western District of Pennsylvania

In re: | Case No. 19-21621-GLT
Scott A. Marx | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Marx, 711 Gallion Avenue, Pittsburgh, PA 15226-1630 |
| sp | + | Michael Groh, Esq., Murphy Law Group, LLC, Eight Penn Center, Suite 2000, 1628 John F. Kennedy Blvd. Philadelphia, PA 19103-2111 |
| cr | + | Planet Home Lending, LLC., 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| cr | + | Wilmington Trust, National Association. not in its, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 15037436 | + | Anthony Palandro, 1324 Beechview Avenue, Pittsburgh, PA 15216-3344 |
| 15037439 | + | City of Pittsbugh/SD of Pittsburgh, c/o Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15037442 | + | Duqesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 15037444 | | Florida Department of Education, Office of Student, PO Box 7019, Tallahassee, FL 32314-7019 |
| 15037446 | + | McElrath Legal Holdings, LLC, 1641 Saw Mill Run Blvd., Pittsburgh, PA 15210-3433 |
| 15037449 | + | PA Department of Labor & Industry, PO Box 28405, Harrisburg, PA 17128-0001 |
| 15037452 | + | Pittsburgh Ameican Water, PO Box 578, Alton, IL 62002-0578 |
| 15037453 | + | Pittsburgh Water & Sewer Authority, 1200 Penn Ave. #100, Pittsburgh, PA 15222-4216 |
| 15037456 | + | Thompson Law Group, 125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086-6504 |
| 15142727 | + | Wilmington Trust, National Association, et al., c/o Planet Home Lending LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Sep 30 2022 23:53:00 | City of Pittsburgh & School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Sep 30 2022 23:53:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: BKMAIL@planethomelending.com | Sep 30 2022 23:53:00 | Planet Home Lending, LLC., 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15037437 | | Email/Text: bnc@atlasacq.com | Sep 30 2022 23:53:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15059154 | + | Email/Text: csc.bankruptcy@amwater.com | Sep 30 2022 23:53:00 | American Water, c/o Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15313324 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 30 2022 23:53:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 15037438 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 01 2022 00:00:06 | Capital 1 Bank, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15092424 | + | Email/Text: ebnjts@grblaw.com | Sep 30 2022 23:53:00 | City of Pittsburgh & School Dist. of Pittsburgh, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, |

| Recipient # | Flag | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15195399 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2022 23:53:00 | Credit Acceptance, PO Box 551888, Detroit, MI 48255-1888 |
| 15225046 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 30 2022 23:53:00 | Credit Acceptance, 25505 W 12 Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 15037440 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 01 2022 00:00:07 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15037441 | + | Email/Text: bankruptcynotices@dcicollect.com | Sep 30 2022 23:53:00 | Diversified Consultants, Inc., Re: Dish Network, Po Box 551268, Jacksonville, FL 32255-1268 |
| 15037443 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 30 2022 23:53:00 | Duquense Light, Bernstien Law Firm, 411 7th Avenue, Maildrop 7-3, Pittsburgh, PA 15219-1919 |
| 15077415 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 30 2022 23:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15037445 | ^ | MEBN | Sep 30 2022 23:50:18 | KML Law Group P.C., c/o Scott A Marx, Esquire, Suite-5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15045146 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 01 2022 00:00:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15037447 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 30 2022 23:53:00 | Mr. Cooper, Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 15037448 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 30 2022 23:53:00 | Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |
| 15075845 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 30 2022 23:53:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15037450 | | Email/Text: lizb@peoplescredit.com | Sep 30 2022 23:53:00 | Peoples Credit Co., 4950 NE 148th Street, Portland, OR 97230 |
| 15077849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2022 00:00:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15037451 | + | Email/Text: ebnpeoples@grblaw.com | Sep 30 2022 23:53:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15091546 | + | Email/Text: ebnpwsa@grblaw.com | Sep 30 2022 23:53:00 | Pittsburgh Water and Sewer Authority, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15037454 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 01 2022 00:00:02 | Portfolio Recovery Associates, Re: Capital One, PO Box 4115, Concord, CA 94524-4115 |
| 15037455 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Oct 01 2022 00:00:06 | Sprint Corp, Attn: Bankruptcy Dept., PO Box 7949, Overland Park, KS 66207 |
| 15074241 | | Email/PDF: ebn_ais@aisinfo.com | Oct 01 2022 00:00:07 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15037457 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 30 2022 23:53:00 | Verizon, Verizon Wireless Bankruptcy Admin, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 15142727 | + | Email/Text: BKMAIL@planethomelending.com | Sep 30 2022 23:53:00 | Wilmington Trust, National Association, et al., c/o Planet Home Lending LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a**

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 30, 2022 | Form ID: pdf900 | Total Noticed: 40 |

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2022              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Bryan P. Keenan | on behalf of Debtor Scott A. Marx keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Trust National Association. not in its Individual capacity, but solely as Trustee for MFRA Trust 2015-1 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com |
| Kaitlin Shire | on behalf of Creditor Planet Home Lending LLC. kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |

TOTAL: 11