Case 19-21621-GLT    Doc 159    Filed 06/01/23    Entered 06/01/23 14:16:19    Desc Main
Document    Page 1 of 1

FILED
6/1/23 10:42 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-21621-GLT |
| | : | Chapter: | 13 |
| Scott A. Marx | : | | |
| | : | | |
| | : | Date: | 5/31/2023 |
| *Debtor(s).* | : | Time: | 10:30 |

## PROCEEDING MEMO

**MATTER:**   #152 Motion for Relief from Automatic Stay by Credit Acceptance Corporation
  #156 Response by Debtor

**APPEARANCES**:
  Debtor:  Bryan P. Keenan
  CreditAcceptance:  William Craig

**NOTES:**  [11:19]

Craig: Behind 8 payments. Has been in touch with Debtor's counsel.

Keenan: Debtor unable to secure employment to file a feasible amended plan at this time.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion for Relief from the Automatic Stay* [Dkt. No. 152] is GRANTED. [JH to enter proposed order at dkt. no. 152].

**DATED:** 5/31/2023