FILED
6/1/23 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| SCOTT A. MARX, ) | |
|     **Debtor(s)** ) | Bankruptcy No. 19-21621-GLT |
| ) | |
| CREDIT ACCEPTANCE CORPORATION, ) | Chapter 13 |
|     **Movant** ) | |
| ) | |
| v. ) | Related To Document No. 152 |
| ) | |
| SCOTT A. MARX, ) | |
|     **Respondent(s)** ) | **Response Deadline:  5/12/23** |
| ) | |
| RONDA J. WINNECOUR, ) | **Hearing Date:  5/31/23 at 10:30 AM** |
|     **Trustee** ) | |
| ) | |

### ORDER OF COURT

AND NOW, this  1st Day of June            , 2023, it is hereby **ORDERED** that the Motion For Relief From The Automatic Stay is GRANTED.

Movant Credit Acceptance Corporation is permitted to enforce its rights in the property described as a **2012 Ford Escape** bearing vehicle identification number 1FMCU9DG9CKB10966, to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law, including but not limited to repossession of said property.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21621-GLT |
| Scott A. Marx | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 01, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Marx, 711 Gallion Avenue, Pittsburgh, PA 15226-1630 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jun 03, 2023 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Bryan P. Keenan | |
| | on behalf of Debtor Scott A. Marx keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Elizabeth K. Holdren | |
| | on behalf of Creditor Wilmington Trust  National Association. not in its Individual capacity, but solely as Trustee for MFRA Trust 2015-1 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com |
| Kaitlin Shire | |

| | |
|---|---|
| | on behalf of Creditor Planet Home Lending LLC. kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 12