# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21621-GLT |
| Scott A. Marx | : | Chapter 13 |
|     Debtor | : | Doc. No. ____ |
| Scott A. Marx | : | |
|     Movant | : | Response: 2/22/2024 |
| | : | Hearing: March 13, 2024 |
|     Movant | : | at 10:30 a.m. |
| v. | : | |
| Planet Home Funding, LLC | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
|     Respondent | : | |

## CERTIFICATION OF NO OBJECTION ON
## DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION
## CONCERNING REALTY KNOWN AS
## 711 GALLION AVENUE PITTSBURGH, PA 15226

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on **February 5, 2024** has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **February 22, 2024.**

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

**Date: February 27, 2024**     /s/Bryan P. Keenan
    Bryan P. Keenan, PA ID No. 89053
    Bryan P. Keenan & Associates P.C.
    **Attorney for Debtor**
    993 Greentree Road, Suite 201
    Pittsburgh, PA 15220
    (412) 922-5116
    keenan662@gmail.com