IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21621-GLT |
| Scott A. Marx | : | Chapter 13 |
|     Debtor | : | Doc. No. ____ |
| Scott A. Marx | : | |
|     Movant | : | Response: 2/22/2024 |
| | : | Hearing: March 13, 2024 |
|     Movant | : | at 10:30 a.m. |
| v. | : | |
| Planet Home Funding, LLC | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
|     Respondent | : | |

**CERTIFICATE OF SERVICE OF ORDER ON DEBTOR'S MOTION TO APPROVE LOAN MODIFICATION CONCERNING REALTY KNOWN AS
711 GALLION AVENUE PITTSBURGH, PA 15226**

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on: **February 29, 2024.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.)** **Service by Electronic Notification** - **February 27, 2024**
    a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
    b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
    c. **Planet Home Lending, LLC.** c/o Hill Wallack, LLP at kshire@hillwallack.com

**2.)** **Service by First Class Mail--**
    a. Scott A. Marx 711 Gallion Avenue Pittsburgh, PA 15226
    b. Planet Home Funding, LLC c/o Michael Dubeck's, CEO, 321 Research Parkway, Suite 303, Meriden, CT 06450

**Date: March 1, 2024**        **/s/Bryan P. Keenan**
                                                  Bryan P. Keenan, PA ID No. 89053
                                                  Bryan P. Keenan & Associates P.C.
                                                  Attorney for Debtor
                                                  993 Greentree Road, Suite 201
                                                  Pittsburgh, PA 15220
                                                  (412) 922-5116
                                                  keenan662@gmail.com