# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### (PITTSBURGH)

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Scott A. Marx | CASE NO.: 19-21621-GLT |
| Debtor(s). | |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Planet Home Lending LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 ("Wilmington"), secured creditor to the above entitled Debtors by and through its undersigned counsel, hereby enters its appearance pursuant to Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3007 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given of filed in the above-captioned case be given and served upon the undersigned at the following addresses and telephone/facsimile numbers:

> Kaitlin D. Shire, Esq.
> Hill Wallack LLP
> 1000 Floral Vale Blvd., Suite 300
> Yardley, PA 19067
> Telephone: (267) 794-6113
> Facsimile: (215) 579-9248
> Email: kshire@hillwallack.com

PLEASE TAKE FURTHER NOTICE that neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive

Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 (i) right to have final orders in non-core matters entered only after de novo review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: March 7, 2024                                    Hill Wallack LLP

                                                By: */s/ Kaitlin D. Shire*
Kaitlin D. Shire, Esq.
Hill Wallack LLP
1000 Floral Vale Blvd., Suite 300
Yardley, PA 19067
Telephone: (267) 794-6113
Facsimile: (215) 579-9248
Email: kshire@hillwallack.com

Counsel to Planet Home Lending LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1

**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
(PITTSBURGH)**

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| Scott A. Marx | CASE NO.: 19-21621-GLT |
| Debtor(s) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that service was made upon all interested parties, indicated below of (i) Notice of Appearance of Planet Home Lending LLC as servicer for Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 in the manner indicated below on March 7, 2024:

Scott A. Marx
711 Gallion Avenue
Pittsburgh, PA 15226
**Debtor**
**Via Regular Mail**

Bryan P. Keenan
993 Greentree Road
Suite 200
Pittsburgh, PA 15220
**Counsel for Debtor**
**Via ECF**

Office of the U.S. Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
**United States Trustee**
**Via ECF**

Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101
**Chapter 13 Trustee**
**Via ECF**

                                                                                *By: /s/ Katilin D. Shire*
Kaitlin D. Shire, Esq.,
Attorney ID 324226
Hill Wallack, LLP
1000 Floral Vale Blvd., Suite 300
Yardley, PA 19067
Telephone: (267) 794-6113
Facsimile: (215) 579-9248
Email: kshire@hillwallack.com