Form 006

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Scott A. Marx** | : | Case No. 19–21621–GLT |
| *Debtor(s)* | : | |
| | : | Chapter: 7 |
| | : | |
| | : | |
| | : | |

**ORDER**

   **AND NOW,** this ***The 20th of March, 2024***, the Debtor(s) having filed an ***Amendment to Schedule*** **F** filed on **3/19/2024**

   It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

   (1) The Debtor(s) shall ***immediately*** serve a copy of this *Order*, the *341 Meeting of Creditors Notice* and the *Amendment* on all affected parties, the Trustee (if one is appointed) and the United States Trustee.

   (2) On or before seven (7) days from receipt of this *Order* the Debtor(s) shall file a Certificate of Service with the Clerk, U.S. Bankruptcy Court.

   (3) ***On or before April 22, 2024 or the date set forth in the Section 341 Meeting Notice***, whichever is later, any ***Objection to Discharge*** (if applicable), ***Request for a 341 Meeting*** (if applicable), and/or ***Objections to Exemptions*** shall be filed.

   (4) If no objections to the *Amendment* are filed, the *Amendment* is accepted for filing. If objections to the *Amendment* are filed, a hearing will be scheduled.

   (5) ***FAILURE TO SERVE*** the appropriate documents and file a timely ***Certificate of Service*** will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

   (6) If applicable, failure to pay the required filing fee within seven (7) days of the date of the *Order*, or failure to add additional creditors(s) into bankruptcy case via CM/ECF Creditor Maintenance within seven (7) days from the date of this *Order* will result in the *Amendment* being rendered ***NULL AND VOID*** without further Order of Court.

Dated: March 20, 2024

cm: Debtor
  Bryan P. Keenan, Esq.

                      _____
                     Gregory L. Taddonio, Chief Judge
                     United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 19-21621-GLT

Scott A. Marx                                                                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2024 | Form ID: 006 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2024:**

**Recip ID**          **Recipient Name and Address**
db                    +  Scott A. Marx, 711 Gallion Avenue, Pittsburgh, PA 15226-1630

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2024                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

Bryan P. Keenan
                                  on behalf of Debtor Scott A. Marx keenan662@gmail.com
                                  melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com

Denise Carlon
                                  on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com

Elizabeth K. Holdren
                                  on behalf of Creditor Wilmington Trust  National Association. not in its Individual capacity, but solely as Trustee for MFRA Trust
                                  2015-1 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com

Jeffrey R. Hunt
                                  on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
                                  on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com

District/off: 0315-2                              User: auto                                    Page 2 of 2

Date Rcvd: Mar 20, 2024                       Form ID: 006                            Total Noticed: 1

Kaitlin Shire
                      on behalf of Creditor Planet Home Lending  LLC. kshire@hillwallack.com,
                      lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Kaitlin Shire
                      on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Trust  National Association, not in its individual
                      capacity, but solely as trustee for MFRA Trust 2015-1 c/o Hill Wallack LLP kshire@hillwallack.com,
                      lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com

Keri P. Ebeck
                      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                      btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Office of the United States Trustee
                      ustpregion03.pi.ecf@usdoj.gov

Rosemary C. Crawford
                      crawfordmcdonald@aol.com  PA68@ecfcbis.com

S. James Wallace
                      on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
                      on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

William E. Craig
                      on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
                      mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 13