# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 19-21621-GLT |
| Scott A. Marx | ) | Chapter 13 |
|    Debtor | ) | Doc No. |
| Scott A. Marx | ) | |
|    Movant | ) | |
|    v. | ) | |
| CitiCard Bestbuy, Mission Lane LLC, | ) | |
| Midland Credit Mgmt, Uplift, | ) | |
| Macys/DSNB, Radius Global Solutions | ) | |
|    Respondents | ) | |

## CERTIFICATE OF SERVICE FOR DEBTORS
## COVER SHEET AND AMENDED SCHEDULE F, AND ORDER

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **March 25, 2024.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. Rosemary Crawford, Bankruptcy Trustee at crawfordmcdonald@aol.com

**2) Service by First Class Mail--**

a Citi Card/Best Buy Attn: Citicorp Cr Srvs Centralized Bankr PO Box 790040 St Louis, MO 36179
b. Macys/DSNB Attn: Bankruptcy 701 E. 60th Stree Sioux Falls, SD 57117
c. Midland Credit Management Re: Conmenity Bank 8875 Aero Dr Suite 200 San Diego, CA 92123
d. Midland Credit Management Re: Credit One 8875 Aero Dr Suite 200 San Diego, CA 92123
e. Mission Lane LLC Attn: Bankruptcy PO Box 105286 Atlanta, GA 30348
f. Radius Global Solutions RE: Macys PO Box 390905 Minneapolis, MN 55439
g. Uplift, LLC Attn: Bankruptcy 440 N. Wolfe Road Sunnyvale, CA 94085

Date: **March 25, 2024.**         **/s/ Bryan P. Keenan**
                                                 Bryan P. Keenan, PA ID No. 89053
                                               Bryan P. Keenan & Associates P.C.
                                               Attorney for Debtor
                                               993 Greentree Road, Suite 201
                                               Pittsburgh, PA 15220
                                               (412) 922-5116
                                               keenan662@gmail.com