**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> SCOTT A. MARX <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:19-21621 GLT <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/22/2019 and confirmed on 10/28/2019. The case was subsequently    (D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 74,066.41 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 74,066.41 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 4,000.00 | |
|     Trustee Fee | 3,494.86 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,494.86 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WILMINGTON TRUST NA - TRUSTEE MFR <br>     Acct: 9986 | 21,203.34 | 21,203.34 | 0.00 | 21,203.34 |
|   WILMINGTON TRUST NA - TRUSTEE MFR <br>     Acct: 9986 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON TRUST NA - TRUSTEE MFR <br>     Acct: 9986 | 18,584.83 | 18,584.83 | 0.00 | 18,584.83 |
|   PITTSBURGH WATER & SEWER AUTHORI <br>     Acct: S200 | 2,634.98 | 1,447.03 | 800.09 | 2,247.12 |
|   PEOPLES CREDIT CO*++ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 42,035.29 |
| Priority | | | | |
|   BRYAN P KEENAN ESQ <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SCOTT A. MARX <br>     Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   SCOTT A. MARX <br>     Acct: | 5.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| BRYAN P KEENAN & ASSOCIATES PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRYAN P KEENAN ESQ<br>Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| BRYAN P KEENAN ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH SD & CITY OF PITTSBURGH<br>Acct: 2382 | 501.60 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 3249 | 0.00 | 4,608.61 | 0.00 | 4,608.61 |
| CREDIT ACCEPTANCE CORP*<br>Acct: 6693 | 12,325.95 | 12,325.95 | 0.00 | 12,325.95 |
| RONDA J WINNECOUR TRUSTEE/CLERK<br>Acct: XXXXXXXXXXXXXXXXX1621 | 5.00 | 5.00 | 0.00 | 5.00 |
| | | | | 16,939.56 |
| **Unsecured** | | | | |
| ANTHONY C PALANDRO<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE**<br>Acct: 0654 | 0.00 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 0142 | 469.41 | 46.62 | 0.00 | 46.62 |
| DIVERSIFIED CONSULTANTS++<br>Acct: 9026 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY(*)<br>Acct: 9667 | 3,014.89 | 299.41 | 0.00 | 299.41 |
| DUQUESNE LIGHT COMPANY(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ASCENDIUM EDUCATION SOLUTIONS INC<br>Acct: 2382 | 62,154.00 | 6,172.51 | 0.00 | 6,172.51 |
| MCELRATH LEGAL HOLDINGS LLC++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| OFFICE OF UC BENEFITS POLICY**<br>Acct: 2382 | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: 3934 | 8,315.64 | 825.83 | 0.00 | 825.83 |
| AMERICAN WATER(*)<br>Acct: 5762 | 768.56 | 76.33 | 0.00 | 76.33 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>Acct: 5513 | 524.40 | 52.08 | 0.00 | 52.08 |
| SPRINT CORP(*)<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| THOMPSON LAW GROUP PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 249.10 | 24.74 | 0.00 | 24.74 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 998.68 | 99.18 | 0.00 | 99.18 |
| KERI P EBECK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEPHEN R FRANKS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| GRB LAW**<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| 19-21621 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 7,596.70 |

TOTAL PAID TO CREDITORS                                                                                      66,571.55

TOTAL CLAIMED
PRIORITY         12,832.55
SECURED          42,423.15
UNSECURED        76.494.68

Date: 08/01/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com