**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Scott A. Marx<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2382<br>EIN __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–21621–GLT | |

# Order of Discharge                                                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Scott A. Marx

8/8/24                                                                                                **By the court:**   Gregory L Taddonio
                                                                                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21621-GLT |
| Scott A. Marx | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Aug 08, 2024 | Form ID: 318 | Total Noticed: 52 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Scott A. Marx, 711 Gallion Avenue, Pittsburgh, PA 15226-1630 |
| sp | + | Michael Groh, Esq., Murphy Law Group, LLC, Eight Penn Center, Suite 2000, 1628 John F. Kennedy Blvd. Philadelphia, PA 19103-2111 |
| cr | + | Planet Home Lending LLC as servicer for Wilmington, Hill Wallack LLP, 1000 Floral Vale Blvd., Suite 300, Yardley, PA 19067-5569 |
| cr | + | Wilmington Trust, National Association. not in its, 21 Roszel Road, PO Box 5226, Princeton, NJ 08543-5226 |
| 15037436 | #+ | Anthony Palandro, 1324 Beechview Avenue, Pittsburgh, PA 15216-3344 |
| 15037439 | + | City of Pittsbugh/SD of Pittsburgh, c/o Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 15037441 | + | Diversified Consultants, Inc., Re: Dish Network, Po Box 551268, Jacksonville, FL 32255-1268 |
| 15037442 | + | Duqesne Light, Payment Processing Center, P.O. Box 10, Pittsburgh, PA 15267-0001 |
| 15037444 | | Florida Department of Education, Office of Student, PO Box 7019, Tallahassee, FL 32314-7019 |
| 15037446 | #+ | McElrath Legal Holdings, LLC, 1641 Saw Mill Run Blvd., Pittsburgh, PA 15210-3433 |
| 15037449 | + | PA Department of Labor & Industry, PO Box 28405, Harrisburg, PA 17128-0001 |
| 15037452 | + | Pittsburgh Ameican Water, PO Box 578, Alton, IL 62002-0578 |
| 15037453 | + | Pittsburgh Water & Sewer Authority, 1200 Penn Ave. #100, Pittsburgh, PA 15222-4216 |
| 15037456 | + | Thompson Law Group, 125 Warrendale-Bayne Road, Suite 200, Warrendale, PA 15086-6504 |
| 15696901 | + | Uplift, LLC, Attn: Bankruptcy, 440 N. Wolfe Road, Sunnyvale, CA 94085-3869 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BRCCRAWFORD.COM | Aug 09 2024 03:32:00 | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| smg | | EDI: PENNDEPTREV | Aug 09 2024 03:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 09 2024 03:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Aug 08 2024 23:42:00 | City of Pittsburgh & School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |

| | | | | |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpwsa@grblaw.com | Aug 08 2024 23:42:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: BKMAIL@planethomelending.com | Aug 08 2024 23:42:00 | Planet Home Lending, LLC., 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15037437 | | EDI: ATLASACQU | Aug 09 2024 03:32:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 15059154 | + | Email/Text: csc.bankruptcy@amwater.com | Aug 08 2024 23:43:00 | American Water, c/o Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 15313324 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 08 2024 23:42:00 | Ascendium Education Solutions, Inc OBO, Florida Department of Education OSFA, PO Box 8961, Madison WI 53708-8961 |
| 15037438 | + | EDI: CAPITALONE.COM | Aug 09 2024 03:32:00 | Capital 1 Bank, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15696895 | + | EDI: CITICORP | Aug 09 2024 03:32:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 15092424 | + | Email/Text: ebnjts@grblaw.com | Aug 08 2024 23:42:00 | City of Pittsburgh & School Dist. of Pittsburgh, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15195399 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 08 2024 23:42:00 | Credit Acceptance, PO Box 551888, Detroit, MI 48255-1888 |
| 15225046 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 08 2024 23:42:00 | Credit Acceptance, 25505 W 12 Mile Rd, Ste 3000, Southfield MI 48034-8331 |
| 15037440 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 08 2024 23:49:31 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15696896 | | EDI: CITICORP | Aug 09 2024 03:32:00 | Macys/DSNB, Attn: Bankruptcy, 701 E. 60th Street, Sioux Falls, SD 57117 |
| 15037443 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 08 2024 23:43:00 | Duquense Light, Bernstien Law Firm, 411 7th Avenue, Maildrop 7-3, Pittsburgh, PA 15219-1919 |
| 15077415 | + | Email/Text: kburkley@bernsteinlaw.com | Aug 08 2024 23:43:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15714828 | | EDI: JEFFERSONCAP.COM | Aug 09 2024 03:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 15037445 | ^ | MEBN | Aug 08 2024 23:36:55 | KML Law Group P.C., c/o Scott A Marx, Esquire, Suite-5000, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15045146 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 23:49:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15696899 | | Email/Text: ml-ebn@missionlane.com | Aug 08 2024 23:42:00 | Mission Lane LLC, Attn: Bankruptcy, PO Box 105286, Atlanta, GA 30348 |
| 15696898 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2024 23:43:00 | Midland Credit Management, Re: Credit One, 8875 Aero Dr Suite 200, San Diego, CA 92123-2255 |
| 15696897 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 08 2024 23:43:00 | Midland Credit Management, Re: Conmenity Bank, 8875 Aero Dr Suite 200, San Diego,CA 92123-2255 |
| 15037447 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2024 23:42:00 | Mr. Cooper, Attn: Customer Relations, PO Box 619098, Dallas, TX 75261-9098 |
| 15037448 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2024 23:42:00 | Nationstar Mortgage LLC, 350 Highland Drive, Lewisville, TX 75067 |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 08, 2024 | Form ID: 318 | Total Noticed: 52 |

| | | | | |
|---|---|---|---|---|
| 15075845 | | Email/Text: nsm_bk_notices@mrcooper.com | Aug 08 2024 23:42:00 | Nationstar Mortgage LLC, d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9741 |
| 15037450 | | Email/Text: lizb@peoplescredit.com | Aug 08 2024 23:42:00 | Peoples Credit Co., 4950 NE 148th Street, Portland, OR 97230 |
| 15077849 | | EDI: PRA.COM | Aug 09 2024 03:32:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15037451 | + | Email/Text: ebnpeoples@grblaw.com | Aug 08 2024 23:42:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15091546 | + | Email/Text: ebnpwsa@grblaw.com | Aug 08 2024 23:42:00 | Pittsburgh Water and Sewer Authority, Goehring Rutter & Boehm, c/o Jeffery R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15037454 | + | EDI: PRA.COM | Aug 09 2024 03:32:00 | Portfolio Recovery Associates, Re: Capital One, PO Box 4115, Concord, CA 94524-4115 |
| 15696900 | + | Email/Text: ngisupport@radiusgs.com | Aug 08 2024 23:42:00 | Radius Global Solutions, RE: Macys, PO Box 390905, Minneapolis, MN 55439-0905 |
| 15037455 | | EDI: AISSPRINT | Aug 09 2024 03:32:00 | Sprint Corp, Attn: Bankruptcy Dept., PO Box 7949, Overland Park, KS 66207 |
| 15074241 | | EDI: AIS.COM | Aug 09 2024 03:32:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15037457 | + | EDI: VERIZONCOMB.COM | Aug 09 2024 03:32:00 | Verizon, Verizon Wireless Bankruptcy Admin, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |
| 15142727 | + | Email/Text: BKMAIL@planethomelending.com | Aug 08 2024 23:42:00 | Wilmington Trust, National Association, et al., c/o Planet Home Lending LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| aty | *+ | Rosemary C. Crawford, Crawford McDonald, LLC., P.O. Box 355, Allison Park, PA 15101-0355 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *+ | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024             Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Scott A. Marx keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Wilmington Trust National Association. not in its Individual capacity, but solely as Trustee for MFRA Trust 2015-1 eholdren@hillwallack.com, eholdren@ecf.courtdrive.com;hwbknj@hillwallack.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh & School District of Pittsburgh jhunt@grblaw.com |
| Kaitlin Shire | on behalf of Creditor Planet Home Lending LLC. kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Kaitlin Shire | on behalf of Creditor Planet Home Lending LLC as servicer for Wilmington Trust National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2015-1 c/o Hill Wallack LLP kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rosemary C. Crawford | on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com PA68@ecfcbis.com |
| Rosemary C. Crawford | crawfordmcdonald@aol.com PA68@ecfcbis.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 14